KAYE SCHOLER LLP
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for Appellant*
*AT&T Credit Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| **AT&T CREDIT HOLDINGS, INC.** | |
| Appellant, | **Civil Case No. 08-CV-2411(DLC)** |
| v. | **(ECF Case)** |
| **DELTA AIR LINES, INC., and THE POST-EFFECTIVE DATE COMMITTEE** | |
| Appellees. | |

## RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Appellant AT&T Credit Holdings, Inc. ("AT&T"), a non-governmental corporate party, certifies that AT&T is wholly owned by AT&T Corp., which is wholly owned by AT&T Inc. Counsel for Appellant AT&T further certifies that it has made an inquiry and to the best of its knowledge, no publicly held corporations own 10% or more of AT&T Inc.'s stock.

Dated: New York, New York
       March 14, 2008

KAYE SCHOLER LLP

*/s/ Richard G. Smolev*
_____
Richard G. Smolev (RS 2222)
Piper A. Brock (PB 6335)
425 Park Avenue
New York, New York 10022
(212) 836-8000 (telephone)
(212) 836-8689 (facsimile)

*Counsel for Appellant*
*AT&T Credit Holdings, Inc.*