Michael J. Edelman (ME 6476)
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Phone: (212) 407-7700

Douglas J. Lipke
Jonathan H. Bogaard
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Phone: (312) 609-7500

*Counsel for Appellee Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AT&T CREDIT HOLDINGS, INC., <br><br>          Appellant, <br><br> v. <br><br> DELTA AIR LINES, INC. and THE POST-EFFECTIVE DATE COMMITTEE OF DELTA AIR LINES, INC., *et al.*, <br><br>          Appellees. | Case No. 08-CV-2411(RMB) <br> (ECF Case) <br><br> Chapter 11 Case No. <br> 05-17923 (ASH) <br><br> (Jointly Administered) |

## RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Appellee Bank of America, N.A. (a private non-governmental party) certifies that

NEWYORK/#193684.1

Appellee Bank of America, N.A. is a subsidiary of Bank of America Corporation.

Dated: April 1, 2008

                    Respectfully submitted,

                    **VEDDER PRICE P.C.**

By:   /s/ Michael J. Edelman
       Michael J. Edelman (ME 6476)
       Ariel Levy (AL 2967)
       1633 Broadway, 47th Floor
       New York, New York 10019
       Tel:   212-407-7700
       E-mail:MJEdelman@VedderPrice.com

       Douglas J. Lipke
       Jonathan H. Bogaard
       Vedder Price P.C.
       222 North LaSalle Street, Suite 2600
       Chicago, Illinois 60601
       Phone: (312) 609-7500

*Counsel for Appellee Bank of America, N.A.*