Michael J. Edelman (ME 6476)
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Phone: (212) 407-7700

Douglas J. Lipke
Jonathan H. Bogaard
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Phone: (312) 609-7500

*Counsel for Appellee Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AT&T CREDIT HOLDINGS, INC.,<br><br>                        **Appellant,**<br><br>v.<br><br>DELTA AIR LINES, INC. and<br>THE POST-EFFECTIVE DATE<br>COMMITTEE OF DELTA<br>AIR LINES, INC., *et al.*,<br><br>                        **Appellees.** | Case No. 08 -CV-2411(RMB)<br>(ECF Case)<br><br>Chapter 11 Case No.<br>05-17923 (ASH)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                  ) SS.:
COUNTY OF NEW YORK  )

       MICHAEL J. EDELMAN, being duly sworn, deposes and says:

       1.      I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Vedder Price P.C., counsel for Bank of America, N.A. My business address is 1633 Broadway, 47th Floor, New York, New York 10019.

2. On April 1, 2008, I caused copies of the following documents:

   (a) Appellee Bank of America, N.A.'s Reservation of Rights to the Extent Any Parties Belatedly Seek Reversal or Modification of Portion of Decision and Order Denying Objections To SLV Claims; and

   (b) Rule 7.1 Certification for Bank of America, N.A.,

to be served upon the parties identified on Exhibit A attached hereto both (a) by securely enclosing true copies of said documents in postage-prepaid envelopes and depositing such envelopes with a representative of Federal Express for overnight, courier delivery and (b) by sending true copies of said documents by electronic mail.

_____
Michael J. Edelman

SWORN TO AND SUBSCRIBED before
me this 1st day of April, 2008.

_____
Notary Public

RENA STAVROLAKES
COMMISSIONER OF DEEDS
CITY ON NEW YORK #1-6840
CERTIFICATE FILED IN: NEW YORK COUNTY
COMMISSION EXPIRES 10.01.08

NEWYORK/#193709.1

## **EXHIBIT A**

Michael E. Wiles, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
mewiles@debevoise.com


Richard Smolev, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
rsmolev@kayescholer.com


Mark Elliott, Esq.
Joshua Dorchak, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022-4689
mark.Elliott@bingham.com
joshua.dorchak@bingham.com