Mark M. Elliott
Michael J. Reilly
Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

Counsel to The Bank of New York,
as Indenture Trustee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Appeal from:
                                                             :    Chapter 11 Case No. 05-17923 (ASH)
DELTA AIR LINES, INC., et al.,                               :
                                                             :
            Debtors.                                         :
                                                             :
------------------------------------------------------------ x
                                                             :
AT&T CREDIT HOLDINGS, INC.,                                  :    Case No. 08-CV-2411 (DLC)
                                                             :    (ECF Case)
            Appellant,                                       :
                                                             :
v.                                                           :
                                                             :
DELTA AIR LINES, INC., and                                   :
THE POST-EFFECTIVE DATE                                      :
COMMITTEE OF DELTA AIR                                       :
LINES, INC.,                                                 :
                                                             :
            Appellees.                                       :
------------------------------------------------------------ x

## RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Bank of New York (a private non-governmental party) certifies that: The Bank

of New York is a subsidiary of The Bank of New York Mellon Corporation. The Bank of New York Mellon Corporation is a publicly traded corporation and does not have a parent corporation. No publicly held corporation owns 10% or more of The Bank of New York Mellon Corporation's stock.

Dated: New York, New York
April 1, 2008

                                                **BINGHAM MCCUTCHEN LLP**

By: /s/ Joshua Dorchak
Mark M. Elliott (ME-0840)
Michael J. Reilly (MR-6994)
Joshua Dorchak (JD-1874)
399 Park Avenue
New York, New York 10022
(212) 705-7000
mark.elliott@bingham.com
michael.reilly@bingham.com
joshua.dorchak@bingham.com

Counsel to The Bank of New York,
as Indenture Trustee

A/72487266.1